UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JING YI CHEN et al.

              *Plaintiffs,*

    -against-

SUNRISE VICTORY INC. and WING YU LEE

              *Defendants.*

Civil Action No.: **12-CV-5212 (RJD)(JO)**

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date:  New York, New York
       July 11th, 2013

John S. Yong, Esq.
LAW OFFICE OF JOHN S. YONG
39 East Broadway, Suite 604
New York, New York 10002
Tel. 212.233.6855
Fax. 212.233.6107

Attorney for Defendants

Vincent S. Wong, Esq.
Law Offices of Vincent S. Wong
39 East Broadway, Suite 304
New York, New York 10002
Tel. 212.888.0884
Fax. 917.595.5331

Attorneys for Plaintiff

**SO ORDERED**

/s/ Judge Raymond J. Dearie

7/17/13